**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1460**

LISHA AUSTIN,

   Plaintiff – Appellant,

    v.

WELLS FARGO BANK, N.A.; SAMUEL I. WHITE, P.C.; U. S. BANK NATIONAL ASSOCIATION,

   Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert John Krask, Magistrate Judge.  (2:16-cv-00086-RJK)

Submitted:  June 20, 2017       Decided:  June 22, 2017

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lisha Austin, Appellant Pro Se. Christy Lee Murphy, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisha Austin appeals the district court's order dismissing her complaint with prejudice pursuant to Fed. R. Civ. P. 37. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Austin's informal brief does not challenge the basis for the district court's disposition, Austin has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*